```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


CYNTHIA HAMBY,                  )
                                )
            Plaintiff,          )
                                )
      v.                        )    No.  4:06CV1578 FRB
                                )
WAL-MART SUPERCENTER,           )
                                )
            Defendant.          )
```

## ORDER

The Court having been advised that this matter is settled,

**IT IS HEREBY ORDERED** that this cause is passed for settlement to **July 25, 2007.**

**IT IS FURTHER ORDERED** that not later than **July 25, 2007,** the parties shall file with the Court a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this Order without good cause shown shall result in the dismissal of this cause with prejudice.

_/s/ Frederick R. Buckles_
UNITED STATES MAGISTRATE JUDGE


Dated this _25th_ day of June, 2007.